[Civ. No. 2213.   First Appellate District.—August 27, 1917.]

NORTH PACIFIC STEAMSHIP COMPANY, Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION et al., Respondents; WILLIAM T. SOLEY, Applicant.

WORKMEN'S COMPENSATION ACT—REVIEW OF AWARD—STATUTE OF LIMITATIONS.—A writ of review directed to the Industrial Accident Commission must be dismissed where the petition for the writ was not made within the thirty days after the award of the commission as prescribed by the statute, regardless of the fact that the award shows on its face that it was beyond and in excess of the jurisdiction of the commission.

APPLICATION for a Writ of Review originally made to the District Court of Appeal for the First Appellate District to annul an award of the Industrial Accident Commission.

The facts are stated in the opinion of the court.

Glensor & Clewe, for Petitioner.

Christopher M. Bradley, for Respondents.

Herbert N. Ellis, for Applicant.

THE COURT.—Conceding that the record upon this application for a writ of review directed to the Industrial Accident Commission shows that the award of the commission on its face was beyond and in excess of the jurisdiction of the commission, nevertheless it also appears that the petition for the writ to this court was not made within the thirty days after the award of the commission as prescribed by the statute. That statute, we think, must be regarded as a statute of limitations in so far as the right of the petitioner to apply for the writ is concerned, and the application has not been made within the statutory time. We are compelled, therefore, to dismiss the writ, and that will be the order.